JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CARLOS LEON,                        )   Case No. CV 15-03352-KK
                  Petitioner,       )
                                    )      **JUDGMENT**
            v.                      )
                                    )
RAYMOND MADDEN,                     )
                  Respondent.       )
_____)

    In accordance with the Memorandum and Order Summarily Dismissing Action,
    IT IS HEREBY ADJUDGED that this action is summarily dismissed without
prejudice.

DATED:    August 24, 2015

_____
HONORABLE KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE

1